**Order entered February 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01387-CV

**VERITEX COMMUNITY BANK, F/K/A VERITEX COMMUNITY BANK. N.A., Appellant**

**V.**

**JOHNSON KIDZ, INC., D/B/A KIDDIE ACADEMY CHILD CARE CENTER, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06164**

## ORDER

By postcard dated December 19, 2018, we directed court reporter Vielica Dobbins to file, within thirty days, either the reporter's record or written verification no hearings were recorded or appellant had not requested the record. To date, Ms. Dobbins has not complied.

Because the appeal cannot proceed without the issue of the reporter's record being resolved, we **ORDER** Ms. Dobbins to file the record or the requested verification **no later than March 1, 2019.**

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dale B. Tillery, Presiding Judge of the 134th Judicial District Court; Ms. Dobbins; and, the parties.

/s/    ERIN A. NOWELL
          JUSTICE